## STONEBRAKER-ZEA CATTLE CO. v. JONES.

No. 1968.    Opinion Filed June 25, 1912.

(124 Pac. 1063.)

*Error from Texas County Court;*
*H. L. Howsley, Special Judge:*

Action by C. W. Jones against the Stonebraker-Zea Cattle Company. Judgment for plaintiff, and defendant brings error. Dismissed.

*M. G. Wiley* and *William Edens,* for plaintiff in error.

*John L. Gleason,* for defendant in error.

Opinion by ROBERTSON, C. This case involves the consideration of the identical question decided in the case of *Stonebraker-Zea Cattle Company v. Hilton, ante,* 124 Pac. 1062.

The opinion in that case is conclusive as to the issue herein, and we hereby adopt and promulgate the opinion in that case as and for the opinion in this case.

For the reasons assigned, the appeal should be dismissed.

By the Court: It is so ordered